AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JAIME ELIAS QUINTEROS | CASE NUMBER: 08CR1792-JM |

I, JAIME ELIAS QUINTEROS, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, on or about May 3, 2008, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___6/3/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jaime Quinteros*
JAIME ELIAS QUINTEROS
Defendant

*Karen M. Stevens*
KAREN STEVENS
Defense Counsel for
JAIME ELIAS QUINTEROS

Before _____
Judicial Officer